Jackie Steavy, Esquire
1021 Cape May Avenue
Cape May, NJ 08204
201-401-7980

v.

Dick Chaney, Personally, Acting V.P.
955 Pennsylvania Avenue
Washington, D.C.

COMPLAINT

FILED
AUG - 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JURY ACTION

CASE NUMBER  1:05CV01585
JUDGE: Richard J. Leon
DECK TYPE: Personal Injury/Malpractice
DATE STAMP: 08/08/2005

1

## COMPLAINT

The Plaintiff, Jackie M. Steady, Esquire, pro se, for the cause of action against defendant, Dick Chaney, personally, acting Vice President of the United States of America, states the following:

I.  SUMMARY OF COMPLAINT

The plaintiff is a United States Citizen. Dick Chaney, personally acting as Vice President of the United States of America has engaged herein in, at least, five counts of continuous and statutorily uninterrupted defamation of character, inclusive of slander, against Plaintiff's essence as a citizen of the United States of America. The counts of the complaint are herein defamation, defamation, defamation, defamation and defamation, all counts being inclusive of slander.

II. PARTIES

1.) Plaintiff, Jackie M. Steady, Esquire, is a resident of New Jersey and resides in Cape May, New Jersey.

2.) Defendant, Dick Chaney, personally, acting Vice President of the United States of America maintains at least one principal place of business at 955 Pennsylvania Avenue in Washington D.C., as a citizen is obligated to personally uphold the United States Constitution and acted in violation thereof. Further, at all relevant time throughout, upon information and belief, defendant personally defamed plaintiff throughout his personal planning for leadership in the United States of America and globally throughout the world by defaming, upon information and belief, The President of the United States of America, President Kerry because as a voting Democrat in the United States of America, Plaintiff's vote was, unanimously negated, thereby breaching all of Plaintiff's relevant relations

concerned therein.

III.  JURISDICTION

    3.)  Dick Chaney is tied to D.C.

IV.  FACTS UNDERLYING PLAINTIFF'S COMPLAINT

    4.)  Upon information and belief, on or about August 2000, Defendant, Dick Chaney, personally issued a defamatory statement regarding The President of the United States, President Kerry, to a D.C. office of the law firm, Morgan and Finnegan, and has therein continuously and statutorily uninterruptedly there through engaged in damage of all relevant relationships of Plaintiff therein because Plaintiff's vote for The President of the United States of America, President Kerry, as a voting Democrat in the United States of America, was, effectively negated and defamatorily resulted in breach of all relevant concerned relations therein, for example, any and all of Plaintiff's relations concerned with Environmental Protection Agency.

    5.)  Upon information and belief, on or about the period of at least 2000-2002, Defendant, Dick Chaney, personally engaged in the act of defamatorily presiding over the Senate of the United States of America, and thereby, resultantly, defamatorily presided over every legally entitled representative of every legally participating state in the United States of America of the Senate of the United States of America where The President of the United States of America, President Kerry, was resultantly defamed by such defamatory presentation over the Senate of the United States of America, because upon

information and belief, the Senate of the United States of America should of, at least, experienced Democratic representation in presence thereof, inclusive of Democratic leadership presiding over the same, thereby resulting in a defamatory statement regarding Plaintiff being unavailable for work as a United States Democrat to be issued upon all relevant interview and/or relevant conversation with Plaintiff and wherein said statement impacted all relevant conversation and/or relationship thereof, said statement(s) even being spoken by Plaintiff.

6.)    Upon information and belief, on or about the period of mid 1999, Dick Chaney personally engaged in the act of defamatorily requiring spelling of the language "empire" as "entire", and resultantly defamed The President of the United States, President Kerry, because of defamatory control of information and resultant defamatory interference with Plaintiff's vote as a Democrat of the United States of America for The President of the United States of America, President Kerry, while requesting a recommendation concerning Plaintiff from management and thereby defamatorily negated the duty of professionalism as a United States Citizen with the same language regarding Plaintiff's, then present, work office located in the Empire State Building in New York, New York, thereby denying further recommendation from higher management because of the defamatory negation of the same in breach of the relevant relationships concerned therein.

7.)    Upon information and belief, on or about the period of at least 2005, Defendant, Dick Chaney, personally engaged in the act of defamatorily presiding over the Senate of the United States of America, and thereby, resultantly, defamatorily presided over every legally entitled representative of every legally participating state in the United States of America of the Senate of the United States of America where The President of

the United States of America, President Kerry, was resultantly defamed by such defamatory presentation over the Senate of the United States of America, because upon information and belief, the Senate of the United States of America should of at least experienced Democratic representation in presence thereof, inclusive of Democratic leadership presiding over the same, thereby resulting in a defamatory statement regarding Plaintiff being unavailable for work as a United States Democrat to be issued upon all relevant interview and/or relevant conversation with Plaintiff and wherein said statement impacted all relevant conversation and/or relationship thereof, said statement(s) even being spoken by Plaintiff.

8.) Upon information and belief, on or about the period of August 2005, upon information and belief, from a Secretly Superior Soviet Spy of the Soviet Union, defendant, Dick Chaney, knowingly and defamatorily controlled work flow of at least one agency of the United States of America, by failure to acknowledge recommendation to withdraw from office and peacefully invite The President of the United States of America, President Kerry, to actually control all relevant responsibilities and duties of the Office of The President of the United States of America and consequently defamatorily impacted all relevant relations therein of all concerned.

V.   DAMAGES

9.) Plaintiff's injury, upon information and belief, has been defamation and slander of work, work product, work ethic and reputation, by at least defamation of reputation thereby impacting my Democratic standing as a citizen of the United States of America

4

resultantly from failure to peacefully invite The President of the United States of America, President Kerry, to actually control all responsibilities and duties of the same. Further, incidental and consequential conversation is resultantly defamatory in all relevant relations therein.

## VI.    CAUSE

10.) In consequential, punitive and remedial damages, Dick Chaney caused the damages by failure to be truthful, non-defamatory, act, notify, warn and investigate all relevant concerns responsive to his own defamatory conduct regarding The President of the United States of America, President Kerry, thus preventing Plaintiff from having the knowing, truthful advantage of Plaintiff's status as a Democratic United States Citizen and the ability to knowingly and truthfully manage her career through the DNC. Further, Dick Chaney's failure to act and act consistently with his basis as a United States Citizen denied Plaintiff the ability to pursue any and all career options and all relevant relations therein.

## VII.    RELIEF REQUESTED

7.) Consequential request of damages of one million dollars for failure to be morally brave. Remedial request of seventy-seven million dollars for lost wages and seven hundred and seventy seven million dollars for punitive damages for failing to allow Plaintiff to have actual control of her essence as a United States citizen and all relevant relations concerned therein relevant to peaceful invitation to The President of the United States, President Kerry, to have actual control of all responsibilities and duties therein. In addition, mitigation is hereby demanded of peaceful invitation to the Oval Office for The President of the United States of America, President Kerry.

VIII.   JURY DEMAND

    8.)   Plaintiff herein reserves the right to request a jury trial.

IX.   TRIAL BIFURCATION

    9.)   Plaintiff herein reserves the option of request for bifurcation of trial concerning defamation and damages.

Respectfully Submitted,

*Jackie M. Steady, Esquire* (signature)

Jackie M. Steady, Esquire
Pro Se
Appearing in Persona
1021 Cape May Avenue
Cape May, New Jersey 08204
(201) 401-7980
