**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JACKIE STEADY, ESQUIRE,** ) <br> 1021 Cape May Avenue ) <br> Cape May, NJ  08204 ) <br> ) <br>         **Plaintiff,** ) <br> ) <br> v. ) <br> )   Civil Action No. 05-1585 (RJL) <br> **DICK CHANEY, Personally,** ) <br> **Acting Vice President** ) <br> 955 Pennsylvania ) <br> Washington, D.C. ) <br> ) <br>         **Defendant.** ) | |

## PRAECIPE

Defendant respectfully request that the Clerk of the Court enter the appearance of Assistant United States Attorney Lisa S. Goldfluss as counsel for defendant in the above-captioned case.

Respectfully submitted,

LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7198

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September, 2005, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

**JACKIE STEADY, ESQUIRE**
**1021 Cape May Avenue**
**Cape May, NJ   08204**

_____
LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7198