UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKIE STEADY, ESQUIRE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action No. 05-1585 (RJL)<br>DICK CHANEY, Personally, )<br>Acting Vice President )<br>)<br>Defendant. )<br>) | |

**ORDER**

UPON CONSIDERATION of the United States' Motion to Dismiss, any opposition thereto, and the merits thereof, it is

HEREBY ORDERED that the motion is granted; and it is

FURTHER ORDERED that this case is dismissed.


Date_____                                          _____
                                                        UNITED STATES DISTRICT JUDGE