UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKIE STEADY, ESQUIRE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1585 (RJL) |
| DICK CHANEY, Personally, Acting Vice President | ) |
| Defendant. | ) |

## CERTIFICATION

I, R. Craig Lawrence, Acting Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and first redelegated to me on June 7, 2004, hereby certify that I have read the complaint in the action styled as <u>Jackie Steady, Esquire v. Dick Chaney, Personally, Acting V.P.</u>, No. 05-1585 (D.D.C., filed August 8, 2005), and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that the individually-named defendant, Vice President Cheney, was acting within the scope of his employment as an employee of the United States at the time of the alleged incidents.

November 14, 2005

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney
Chief, Civil Division