UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 5 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| JACKIE STEADY, ESQUIRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 05-1585 (RJL) |
| ) | |
| DICK CHANEY, Personally, ) | |
| Acting Vice President ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is defendant's [5] motion to dismiss, which was filed on November 15, 2005. Because a ruling on defendant's motion may dispose of this case, plaintiff, proceeding *pro se*, is advised of his/her obligation under the Federal Rules of Civil Procedure and the local rules of this Court.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* litigants of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Accordingly, it is this 5th day of April, 2006,

**ORDERED** that plaintiff shall respond to the defendant's [5] motion to dismiss no later than 30 days from the date of this Order. If plaintiff does not respond by that date, the Court may treat the motion as conceded pursuant to Local Rule 7(b) and enter judgment in favor of the defendant.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge