UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
JACKIE STEADY, ESQ.,                )
                                    )
            Plaintiff,              )
                                    )
      v.                            )    Civil Action No. 05-1585   (PLF)
                                    )
UNITED STATES OF AMERICA,           )
                                    )
            Defendant.              )
_____)

ORDER AND JUDGMENT

On November 15, 2005, defendant filed a motion to dismiss the complaint under Rule 12(b)(1) of the Federal Rules of Civil Procedure.[1] On April 6, 2006, the Court, as required by <u>Fox v. Strickland</u>, 837 F.2d 507 (D.C. Cir. 1988), directed plaintiff to respond to defendant's motion to dismiss within 30 days.[2] That deadline has passed and plaintiff has filed no response. The Court therefore will treat the motion to dismiss as conceded. Accordingly, it is hereby

ORDERED that [5] defendant's motion to dismiss is GRANTED; and it is

---

[1] On the same day, the United States substituted itself for Vice President Dick Cheney as named defendant pursuant to 28 U.S.C. § 2679(d)(1).

[2] After that Order was issued, this case was reassigned from Judge Richard J. Leon to the undersigned.

FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: June 5, 2006